```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 02250
   MARTIN J OHART
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-2440


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/27/2008 and was not confirmed.

     The case was dismissed without confirmation 07/03/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID            PAID
--------------------------------------------------------------------------------
ANDREW J MAXWELL           NOTICE ONLY    NOT FILED           .00             .00
AMERICAS SERVICING COMPA   CURRENT MORTG        .00           .00             .00
AMERICAS SERVICING COMPA   MORTGAGE ARRE  18900.00            .00             .00
DEBRA MAHONEY              NOTICE ONLY    NOT FILED           .00             .00
IL STATE DISBURSEMENT UN   DSO ARREARS     9153.42            .00             .00
AMERICAN FAMILY INSURANC   UNSEC W/INTER  NOT FILED           .00             .00
AT & T BANKRUPCTY          UNSEC W/INTER  NOT FILED           .00             .00
CREDIT COLLECTION SERVIC   UNSEC W/INTER  NOT FILED           .00             .00
CREDIT PROTECTION ASSOC    UNSEC W/INTER  NOT FILED           .00             .00
DIRECT TV                  UNSEC W/INTER  NOT FILED           .00             .00
DEBORAH MAHONEY            NOTICE ONLY    NOT FILED           .00             .00
ASSET ACCEPTANCE CORP      UNSECURED        756.50            .00             .00
US BANK NATIONAL           NOTICE ONLY    NOT FILED           .00             .00
IL STATE DISBURSEMENT UN   DSO ARREARS    66871.53            .00             .00
THOMAS W LYNCH             DEBTOR ATTY         .00                            .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                        1,076.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    1,076.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                 1,076.00
                         ---------------   ---------------
TOTALS                     1,076.00           1,076.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 10/29/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |